◼ Edward A. Updike, as Executor of Arthur F. Martin, Deceased, Respondent, v Willard C. Best, Appellant. [796 NYS2d 287]—Appeal from an order and judgment (one paper) of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered July 28, 2004. The order and judgment granted plaintiff's motion for summary judgment, denied defendant's cross motion to dismiss the complaint and awarded judgment in favor of plaintiff and against defendant in the amount of $76,385.58.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

◼ In the Matter of Duane C. Baker, Appellant, v Donna L. Baker-Kelly, Respondent. [796 NYS2d 472]—

Appeal from an order of the Family Court, Onondaga County (Robert J. Rossi, J.), entered January 8, 2004 in a proceeding pursuant to Family Court Act article 6. The order granted respondent's motion and directed petitioner to pay respondent's counsel fees in the amount of $1,400.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs and the matter is remitted to Family Court, Onondaga County, for a hearing on counsel fees.

Memorandum: Petitioner appeals from an order directing him to pay respondent's counsel fees in the amount of $1,400. There was no stipulation between the parties that the disputed issue of counsel fees could be determined without an evidentiary hearing, and thus Family Court erred in awarding counsel fees to respondent without first conducting such a hearing (*see Matter of Mina v Weber*, 309 AD2d 1252 [2003]; *see also* Domestic Relations Law § 237; *Oswald v Oswald*, 154 AD2d 817, 819 [1989]; *Price v Price*, 115 AD2d 530 [1985]). We therefore reverse the order and remit the matter to Family Court to conduct such a hearing. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.